# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 24 WAL 2020

            Respondent            :

                                    :     Petition for Allowance of Appeal

                                    :     from the Order of the Superior Court

             v.                        :

                                    :

JOSHUA C. HUMMEL,                   :

            Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.